IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

TERRY MOORE,

        Plaintiff,

v.                                                4:05cv276-WS

WARDEN M. REDD, et al.,

        Defendants.

## ORDER OF DISMISSAL

Before the court is the magistrate judge's report and recommendation (doc. 4) docketed August 10, 2005. The magistrate judge recommends that the plaintiff's complaint be dismissed without prejudice for abuse of the judicial process. The plaintiff has filed objections (doc. 5) and supplemental objections (doc. 6) to the report and recommendation.

Having considered the record in light of the objections, this court has determined that the recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order of the court.

2. The plaintiff's motion (doc. 2) to proceed *in forma pauperis* is DENIED.

3. The complaint, and this action, are hereby DISMISSED without prejudice for

Page 2 of  2

abuse of the judicial process.

    4.  The clerk shall enter judgment accordingly and shall note on the docket that this cause has been dismissed pursuant to 28 U.S.C. § 1915(g).

    DONE AND ORDERED this September 22, 2005.


        /s William Stafford
        WILLIAM STAFFORD
        SENIOR UNITED STATES DISTRICT JUDGE